# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

JOSUE FAURELUS, :

        Petitioner      :    CIVIL ACTION NO. 3:17-0727

v. :    (JUDGE MANNION)

Warden DEREK F. OBERLNDER, :

        Respondent :

## ORDER

Upon consideration of Petitioner's motion to compel Respondent to serve him with their response to the petition for writ of habeas corpus, in which Petitioner indicates that Respondent's September 28, 2020 response, sent via Smart Communications/PA Doc, was never received by Petitioner, (Doc. 28), **IT HEREBY ORDERED THAT:**

1. Respondent shall serve Petitioner with a copy of their response at Petitioner's current place of confinement.

2. Within fourteen (14) days of the date of this Order, Respondent shall file a certificate of service, indicating service of their response on Petitioner at his current place of confinement.

3. Petitioner may file a traverse within twenty (20) days of the date of Respondent's certificate of service.

4. Petitioner's motion to compel (Doc. 28) is **DISMISSED** as moot.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
United States District Judge

Date: November 18, 2020
17-0727-06