UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSUE FAURELUS, | : | |
| Petitioner | : | CIVIL ACTION NO. 3:17-0727 |
| v. | : | (JUDGE MANNION) |
| DEREK F. OBERLANDER, | : | |
| Respondent | : | |

# ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. The amended petition for writ of habeas corpus (Doc. 17) is **DENIED**.

2. There is no basis for the issuance of a certificate of appealability. See 28 U.S.C. §2253(c).

3. The Clerk of Court is directed to **CLOSE** this case.

*s/Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

DATED: August 23, 2022
17-0727-01-ORDER